■ DAVID A. CONRAD et al., Appellants, v HOME AND AUTO LOAN COMPANY, INC., Respondent.—Order unanimously modified in accordance

with opinion by Dillon, J., and, as modified, affirmed, without costs. (Appeal from order of Monroe Supreme Court—summary judgment.) Present—Marsh, P. J., Mahoney, Dillon, Goldman and Witmer, JJ.